OPINION — AG — ** SALARIES — COUNTY OFFICERS ** ALL COUNTY OFFICIALS BECAME ELIGIBLE TO RECEIVE THE SALARY INCREASES PROVIDED FOR IN HOUSE BILL NO. 1292, 19 O.S. 180.62 [19-180.62], 19 O.S. 180.63 [19-180.63], 19 O.S. 180.64 [19-180.64](A), ON THE EFFECTIVE DATE OF THE BILL. (SALARY, COMPENSATION, LEGISLATURE, SUCCESSORS) CITE: ARTICLE XXIII, SECTION 23, (KIRK V. BOARD OF COUNTY COMMISSIONERS, 595 P.2d 1334) (NEAL LEADER) ** SEE OPINION NO. 93-582 (1993) ** SEE: OPINION NO. 89-607 (1989) ** SEE: OPINION NO. 95-059 (1995)